# United States District Court
## Southern District of Georgia

KARL MITCHELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 618-105

FNU SIKES; and MARTY ALLEN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 28, 2019 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice for failure to prosecute, and Plaintiff's motions for a Temporary Restraining Order is denied. Additionally, Plaintiff is denied an in forma pauperis status on appeal. This case stands closed.



| 08/28/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk